IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PHILIP C. JAMES, et al., | § | NO. 5:22-CV-0051 |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| GLENN ALLEN HEGAR JR., et al | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On November 16, 2023, the Fifth Circuit reversed this Court's denial of Eleventh Amendment sovereign immunity to Defendants and remanded with instructions to dismiss Plaintiffs' remaining claims for prospective relief without prejudice. (Dkt. # 47.) The Fifth Circuit stated that Plaintiffs failed to demonstrate that they have standing to seek prospective relief, and they have not met their burden to proceed with their constitutional claims under the *Ex Parte Young* exception to Eleventh Circuit sovereign immunity. (Id.) Accordingly, the Court **DISMISSES** Plaintiffs' remaining claims for prospective relief **WITHOUT PREJUDICE**. The Clerk is instructed to **CLOSE THE CASE.**

1

SIGNED this 20th day of December, 2023.

_____
David Alan Ezra
Senior United States District Judge